```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                          TAMPA DIVISION
```

IRENE STAWARZ,

        Plaintiff,

v.                                      Case No.  8:16-cv-1954-T-33JSS

MODLIN AND ASSOCIATES,
P.A., et al.,

        Defendants.
_____/

## **ORDER**

This matter is before the Court sua sponte. Pro se Plaintiff Irene Stawarz filed this action against the Defendants Modlin and Associates, P.A. and Scott E. Modlin on July 6, 2016. (Doc. # 1). The Court now takes this opportunity to explain to Stawarz the requirements for effecting service on the Defendants.

In every civil case, "a summons must be served with a copy of the complaint." Fed. R. Civ. P. 4(c)(1). The methods for serving an individual within a judicial district of the United States are detailed in Rule 4(e), and the requirements for service on a corporation, partnership, or association are outlined in Rule 4(h). Additionally, "[t]he plaintiff is responsible for having the summons and complaint served within the time allowed by Rule 4(m) and must furnish the necessary copies to the person who makes service." Fed. R. Civ. P.

4(c)(1). The deadline for Stawarz to accomplish service is **October 4, 2016,** which is 90 days from the date she filed the Complaint. See Fed. R. Civ. P. 4(m).

Additionally, the Court directs Stawarz to provide a status as to the efforts she has taken to effect service on Defendants on or before August 22, 2016. Once service on Defendants has been completed, Stawarz is required to file the proof of service with the Court in accordance with Rule 4(l), Fed. R. Civ. P.

If Stawarz is interested in maintaining the present action, she must become familiar with the Federal Rules of Civil Procedure, along with the Local Rules of the Middle District of Florida.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Plaintiff is instructed to comply with Rule 4, Fed. R. Civ. P., and to file a proof of service document once service upon the Defendants has been accomplished.

(2) Plaintiff is directed to provide a status as to the efforts she has taken to serve Defendants on or before August 22, 2016.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>2nd</u> day of August, 2016.

/s/ Virginia M. Hernandez Covington
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE